BE IT REMEMBERED:

THAT at the term of the Honorable Court of Appeals for the Tenth District of the State of Texas, held at Waco on the 1st day of January, 2018, present Chief Justice TOM GRAY and Justices REX D. DAVIS and AL SCOGGINS

In the cause

No. 10-18-00373-CV

IN RE GLORIA WALKER

Original Proceeding

the following corrected order was entered on December 10, 2018 :

"On this day Relator's Petition for Writ of Mandamus was considered by the Court. TEX. R. APP. P. 52. A majority of the justices request that a response be filed by any person whose interest would be directly affected by the relief sought in the petition. TEX. R. APP. P. 52.2, 52.4. Any response shall be filed with the Clerk no later than **12:00 p.m. on MONDAY, DECEMBER 10, 2018.**"

Justice Scoggins did not participate in the decision to request a response.

I, SHARRI ROESSLER, Clerk of the Court of Appeals for the Tenth District of Texas, at the City of Waco, hereby certify that the foregoing is a true copy of the Order entered herein by this Court in the above entitled and numbered cause as appears of record in Minute Book 14, Page 670.

IN WITNESS WHEREOF, I hereunto set my hand and affix the seal of said Court at Waco, this 10th day of December A.D. 2018.

SHARRI ROESSLER, CLERK

By:_____
William F. Trotter, Deputy Clerk